Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 3

|  |  |
|---|---|
| Plaintiff, <br> v. <br> **UNITED STATES,** <br> Defendant. | **S U M M O N S** |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. The Mosaic Company ("Mosaic") is a U.S. producer of the domestic like product and therefore is an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C). Mosaic actively participated as the Petitioner in the U.S. Department of Commerce's 2020-2021 administrative review of the countervailing duty order on phosphate fertilizers from the Kingdom of Morocco. Mosaic has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

   (Name and standing of plaintiff)

2. Mosaic contests certain aspects of the final results of the U.S. Department of Commerce's 2020-2021 administrative review of the countervailing duty order on phosphate fertilizers from the Kingdom of Morocco. *Phosphate Fertilizers From the Kingdom of Morocco: Final Results of Countervailing Duty Administrative Review; 2020-2021*, 88 Fed. Reg. 76,726 (Int'l Trade Admin. Nov. 7, 2023).

   (Brief description of contested determination)

3. The above-referenced final results are dated November 1, 2023.

   (Date of determination)

Form 3-2

4. The above-referenced final results were published in the Federal Register on November 7, 2023.
   (If applicable, date of publication in Federal Register of notice of contested determination)

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

_____
Signature of Plaintiff's Attorney

_____
Date

Form 3-3

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
**U.S. Department of Justice**
Civil Division 26 Federal Plaza
Room 346, Third Floor
New York, N.Y.  10278

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20530

General Counsel
Attn: Office of the Chief Counsel for
Trade Enforcement & Compliance
**U.S. Department of Commerce**
1401 Constitution Ave N.W.
Washington, D.C.  20230