FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  **FORM 11**

|  |  |
|---|---|
|  | Plaintiff, |
| v. |  |
|  | Defendant. |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as

for _____, _____, in this action

and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is _____.

Date: _____          _____
                                                                              Attorney

                                                                _____
                                                                              Firm

                                                                _____
                                                                         Street Address

                                                                _____
                                                                     City, State and Zip Code

                                                                _____
                                                                      Telephone Number

                                                                _____
                                                                         E-mail Address