FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 11

|  |
|---|
| Plaintiff,<br><br>v.<br><br>Defendant. |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as

for _____, _____, in this action

and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is

_____.

Date: _____

_____
Attorney

_____
Firm

_____
Street Address

_____
City, State and Zip Code

_____
Telephone Number

_____
E-mail Address