FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

|  |  |
|---|---|
| | Plaintiff, |
| v. | |
| | Defendant. |

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as

for                    , _____, in this action

      and for the parties indicated in the actions listed on the attached

      schedule

and requests that all papers be served on him/her.

      The individual attorney in the undersigned firm, corporate law

      department, or the Government, who is responsible for the litigation, is

      _____.

Date: _____          _____
                                        Attorney

                               _____
                                          Firm

                               _____
                                   Street Address

                               _____
                               City, State and Zip Code

                               _____
                                   Telephone Number

                               _____
                                   E-mail Address