IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| THE MOSAIC COMPANY,  <br><br>      Plaintiff,  <br><br>  and  <br><br>OCP S.A.,  <br><br>      Consolidated Plaintiff,  <br><br>  v.  <br><br>UNITED STATES,  <br><br>      Defendant,  <br><br>  and  <br><br>OCP S.A., *et al.*,  <br><br>      Defendant-Intervenors. | Consol. Court No. 23-00246 |

## **ORDER**

Upon consideration of defendant's consent motion for leave to exceed the word count limitation by up to 10,000 words, it is hereby

ORDERED that the motion is granted; and it is hereby

ORDERED that defendant's response brief shall not exceed 24,000 words.

_____
                    JUDGE

Dated: _____
     New York, New York

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| THE MOSAIC COMPANY, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>OCP S.A., )<br>)<br>Consolidated Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>OCP S.A., *et al.*, )<br>)<br>Defendant-Intervenors. )<br>) | Consol. Court No. 23-00246 |

**DEFENDANT'S CONSENT MOTION FOR**
**LEAVE TO EXCEED THE WORD COUNT LIMITATION**

Defendant, the United States respectfully requests that the Court grant it leave to file a response to motions for judgment upon the administrative record filed by plaintiffs The Mosaic Company (Mosaic) and OCP, S.A. (OCP) that exceeds the word count limitation set forth in the Court of International Trade Standard Chambers Procedure 2(B)(1) by 10,000 words, for a total of 24,000 words. Counsel for Mosaic, OCP, and the Government of Morocco have represented their consent to this request.

Good cause exists to grant this request. We are mindful that, under Procedure 2(B)(1), a brief may ordinarily not exceed 14,000 words. However, Mosaic and OCP filed briefs with a

combined total word count of over 25,000 words, and there are no overlapping issues between Mosaic's and OCP's briefs. Accordingly, we require additional words to adequately respond to each plaintiff's non-overlapping arguments.

For these reasons, we respectfully request that the Court grant our motion to increase the word volume limitation by 10,000 words, for a total of 24,000 words.

|  |  |
|---|---|
| | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | PATRICIA M. McCARTHY<br>Director |
| | /s/ L. Misha Preheim (by Claudia Burke)<br>L. MISHA PREHEIM<br>Assistant Director |
| OF COUNSEL:<br>ASHLANDE GELIN<br>Attorney<br>Office of the Chief Counsel<br>  for Trade Enforcement & Compliance<br>U.S. Department of Commerce | /s/ Sosun Bae<br>SOSUN BAE<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 305-7568<br>Fax: (202) 307-0972<br>Email: sosun.bae@usdoj.gov |
| Dated: January 9, 2025 | Attorneys for Defendant |