# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE THE HONORABLE TIMOTHY C. STANCEU, JUDGE

|  |  |  |
|---|---|---|
| THE MOSAIC COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | **NON-CONFIDENTIAL VERSION** |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | Consol. Court No. 23-00246 |
| OCP S.A., | ) | |
| Defendant-Intervenor, | ) | |
| and | ) | |
| THE GOVERNMENT OF THE KINGDOM OF MOROCCO, | ) | |
| Defendant-Intervenor. | ) | |

**CONSENT MOTION FOR ERRATA TO CORRECT MINOR ERRORS IN CONSOLIDATED PLAINTIFF OCP S.A.'S MEMORANDUM IN SUPPORT OF RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD AND RESPONSE BRIEF IN OPPOSITION TO THE MOSAIC COMPANY'S RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD**

In accordance with paragraph 4(d)(i) of the Court's Administrative Order No. 02-01 and USCIT Rule 7(b), Consolidated Plaintiff OCP S.A. submits this consent motion for errata to correct the following inadvertent minor errors in its August 7, 2024 Confidential and Public Memorandum in Support of its Rule 56.2 Motion for Judgment on the Agency Record, ECF Nos. 43 and 44 ("Initial Brief") and its January 28, 2025 Confidential and Public Response Brief in

Opposition to the Mosaic Company's Rule 56.2 Motion for Judgment on the Agency Record, ECF Nos. 64 and 65 ("Response Brief"). All the minor errors identified below relate to citations to the document number in the public record index.

The errata to OCP's Initial Brief are as follows:

- On page 7, the following text: "OCP Rebuttal Brief (Oct. 20, 2023) (P.R. *263*; C.R. 406)" should read "OCP Rebuttal Brief (Oct. 20, 2023) (P.R. *363*; C.R. 406)".

- On page 24, the following text: "Submission of Factual Information to Rebut, Clarify, or Correct Petitioner's Factual Information (181 pages) (Sept. 27, 2022) at 1 (P.R. *121*; C.R. 136)" should read "Submission of Factual Information to Rebut, Clarify, or Correct Petitioner's Factual Information (181 pages) (Sept. 27, 2022) at 1 (P.R. *122*; C.R. 136)".

- On page 24, the following text: "Response to Petitioner's New Subsidy Allegations (133 pages) (Oct. 11, 2022) at 1 (P.R. *129*; C.R. 144)" should read "Response to Petitioner's New Subsidy Allegations (133 pages) (Oct. 11, 2022) at 1 (P.R. *130*; C.R. 144)".

- On page 24, the following text: "OCP S.A. Response to Third Supplemental Questionnaire (249 pages) (Apr. 21, 2023) at 1 (P.R. *240*; C.R. 222)" should read "OCP S.A. Response to Third Supplemental Questionnaire (249 pages) (Apr. 21, 2023) at 1 (P.R. *242*; C.R. 222)".

- On page 24, the following text: "OCP S.A. New Subsidy Allegations Questionnaire Response (723 pages) (Apr. 24, 2023) at 1 (P.R. *242*; C.R. 232)"

should read "OCP S.A. New Subsidy Allegations Questionnaire Response (723 pages) (Apr. 24, 2023) at 1 (P.R. *244*; C.R. 232)".

- On page 24, the following text: "OCP S.A. New Subsidy Allegations Supplemental Questionnaire Response (82 pages) (Jul. 6, 2023) at 1 (P.R. *296*: C.R. 284)" should read "OCP S.A. New Subsidy Allegations Supplemental Questionnaire Response (82 pages) (Jul. 6, 2023) at 1 (P.R. *308*: C.R. 284)".

The errata to OCP's Response Brief are as follows:

- On page 21, the following text: "Compare OCP IQR (P.R. 76; C.R. 8), with Mosaic Case Brief (Oct.16, 2023) (P.R. *356*; C.R. 402)" should read "Compare OCP IQR (P.R. 76; C.R. 8), with Mosaic Case Brief (Oct.16, 2023) (P.R. *355*; C.R. 402)".

- On page 44, the following text: "*See, e.g.*, OCP NSA QR at Ex. PORT-2(b), Concession Agreement at Arts. 3.1, 3.2 ([

]) (P.R. *246*; C.R. 233)"

should read "*See, e.g.*, OCP NSA QR at Ex. PORT-2(b), Concession Agreement at Arts. 3.1, 3.2 ([

]) (P.R. *244*; C.R. 233)".

- On page 44, the following text: "*See id.* at Art 3.2 ([

]) (P.R. *246*; C.R. 233)" should read "*See id.* at Art 2 ([                                                                ]) (P.R. *244*; C.R. 233)".

In accordance with paragraph 4(d)(i) of the Court's Administrative Order No. 02-01, we have attached in the non-confidential version of this motion: (1) a complete copy of the corrected Public Initial Brief; (2) a corrected Public Initial Brief showing the revision in a "redline and strikeout" format; (3) a complete copy of the corrected Public Response Brief; and (4) a corrected Public Response Brief showing the revision in a "redline and strikeout" format. We have separately filed under seal with the confidential version of this motion: (1) a complete copy of the corrected Confidential Initial Brief; (2) a corrected Confidential Initial Brief showing the revision in a "redline and strikeout" format; (3) a complete copy of the corrected Confidential Response Brief; and (4) a corrected Confidential Response Brief showing the revision in a "redline and strikeout" format.

Counsel for Plaintiff, Defendant, and Defendant-Intervenor were contacted and have indicated that they consent to this motion. Specifically, on February 21,2025, Stephanie Hartmann, counsel to Plaintiff The Mosaic Company consented to this motion. On February 20, 2025, Collin T. Mathias, counsel for Defendant United States consented to this motion. On February 19, 2025, Jonathan M. Zielinski, counsel for Defendant-Intervenor the Government of Morocco consented to this motion.

Accordingly, we respectfully request that the Court grant our motion to submit the above-referenced corrected briefs to both the public and confidential records of this action.

Respectfully submitted,

Dated: February 24, 2025

/s/ William R. Isasi
William R. Isasi
Cynthia C. Galvez
Kathleen McNulty
Edward J. Thomas III
Wanyu Zhang
Julia Shults
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001-4956

Micaela McMurrough
Hardeep K. Josan
Jordan B. Bakst
**COVINGTON & BURLING LLP**
The New York Times Building
620 Eighth Avenue, 42nd Floor
New York, NY 10018

*Counsel to OCP S.A.*

# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE THE HONORABLE TIMOTHY C. STANCEU, JUDGE

|  |  |  |
|---|---|---|
| THE MOSAIC COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | Consol. Court No. 23-00246 |
| OCP S.A., | ) | |
| Defendant-Intervenor, | ) | |
| and | ) | |
| THE GOVERNMENT OF THE KINGDOM OF MOROCCO, | ) | |
| Defendant-Intervenor. | ) | |

**ORDER**

Upon consideration of Consolidated Plaintiff OCP S.A.'s Consent Motion for Errata, it is hereby

**ORDERED** that OCP's motion is **GRANTED**; and it is further

**ORDERED** that the as-corrected confidential and public versions of OCP's Memorandum in Support of its Rule 56.2 Motion for Judgment on the Agency Record and OCP's Response Brief in Opposition to the Mosaic Company's Rule 56.2 Motion for Judgment

on the Agency Record shall replace the versions initially filed on August 8, 2024 and January 28, 2025 and be treated as the initially-filed versions for all purposes.

_____
Hon. Timothy C. Stanceu, Judge

Dated: _____, 2025
      New York, New York