**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE**

| | |
|---|---|
| **THE MOSAIC COMPANY,** | |
| **Plaintiff,** | |
| **v.** | |
| **UNITED STATES,** | |
| **Defendant,** | **Consol. Court No. 23-00246** |
| **and** | |
| **OCP S.A.,** | |
| **Defendant-Intervenor,** | |
| **and** | |
| **THE GOVERNMENT OF THE KINGDOM OF MOROCCO,** | |
| **Defendant-Intervenor.** | |

<u>**Notice of Appeal**</u>

Notice is hereby given that The Mosaic Company ("Mosaic"), Plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Federal Circuit from the decisions, order, and judgment of the United States Court of International Trade entered in this action, *The Mosaic Company v. United States*, Consol. Court. No. 23-00246, on April 1, 2025 (Slip Op. 25-34) (ECF No. 96) and December 16, 2025 (Slip Op. 25-155) (ECF No. 118).

Respectfully,


/s/ David J. Ross
David J. Ross
Stephanie E. Hartmann
Jake A. Laband

Wilmer Cutler Pickering Hale and Dorr
    LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037

February 13, 2025                    *Counsel for The Mosaic Company*