IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| THE MOSAIC COMPANY, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>OCP S.A., )<br>)<br>Consolidated Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>OCP S.A., *et al.*, )<br>)<br>Defendant-Intervenors. )<br>) | Consol. Court No. 23-00246 |

## **DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the Court's opinion and final judgment of December 16, 2025. *See* ECF Nos. 27-28.

 

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

|  |  |
|---|---|
| OF COUNSEL: | /s/Sosun Bae |
|  | SOSUN BAE |
|  | Senior Trial Counsel |
|  | Commercial Litigation Branch |
|   LESLIE LEWIS | Civil Division |
|   Attorney | United States Department of Justice |
|   Office of the Chief Counsel | P.O. Box 480 |
|      for Trade Enforcement and Compliance | Ben Franklin Station |
|   United States Department of Commerce | Washington, D.C. 20044 |
|  | Tel: (202) 305-7568 |
| February 17, 2026 | Attorneys for Defendant |