**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE TIMOTHY C. STANCEU, JUDGE**

| | |
|---|---|
| THE MOSAIC COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant, ) | Consol. Court No. 23-00246 |
| ) | |
| and ) | |
| ) | |
| THE GOVERNMENT OF THE KINGDOM OF ) | |
| MOROCCO and OCP S.A., ) | |
| ) | |
| Defendant-Intervenors. ) | |

## NOTICE OF APPEAL

Notice is hereby given that OCP S.A., Consolidated Plaintiff and Defendant-Intervenor in the above-captioned case, appeals to the United States Court of Appeal for the Federal Circuit from the decisions and judgment of the United States Court of International Trade entered in this action, *The Mosaic Company v. United States*, Consol. Ct. No. 23-00246, on April 1, 2025 (Slip Op. 25-34) (ECF No. 96) and December 16, 2025 (Slip Op. 25-155) (ECF No. 118), and Judgment (ECF No. 119)).

                                                          Respectfully submitted,

                                                          <u>/s/ William R. Isasi</u>
                                                          William R. Isasi
                                                          Shelby Anderson
                                                          Wanyu Zhang
                                                          COVINGTON & BURLING LLP
                                                          One CityCenter
                                                          850 Tenth Street, N.W.
                                                          Washington, D.C. 20001-4956

                                                          Micaela McMurrough
                                                          Hardeep K. Josan
                                                          COVINGTON & BURLING LLP
                                                          The New York Times Building
                                                          620 Eighth Avenue
                                                          New York, NY 10018-1405

Dated: February 17, 2026                                        *Counsel to OCP S.A.*