NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MOSAIC COMPANY,**

*Plaintiff-Appellee*

**v.**

**UNITED STATES,**

*Defendant-Appellant*

**OCP S.A., THE GOVERNMENT OF THE KINGDOM OF MOROCCO,**

*Defendants*

---

2026-1459

---

Appeal from the United States Court of International Trade in No. 1:23-cv-00246-TCS, Senior Judge Timothy C. Stanceu.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                      MOSAIC COMPANY v. US

(2)  Each side shall bear their own costs.

FOR THE COURT

<u>March 4, 2026</u>
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 4, 2026